# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

STEVE TUPY TIRE SERVICE, INC.

Debtor(s)

Case No: 09–33680 – RJK

Chapter 7 Case

## ORDER AND NOTICE RE POSTPETITION DEBTS AND CLAIMS

The petition commencing this case was filed on May 29, 2009. The case was converted from a chapter 11 case to a chapter 7 case on November 12, 2009. The first date set for the meeting of creditors under 11 U.S.C. § 341(a) in the chapter 7 case is or was December 10, 2009 . Under Bankruptcy Rule 1019(6), the debtor(s) (or trustee) has filed a schedule of unpaid debts incurred after the commencement of the case. Under 11 U.S.C. § 348(d), such debts are treated the same as if incurred immediately before the commencement of the case except as provided otherwise.

**IT IS THEREFORE ORDERED:**

**1. Discharge of Debts:** Exemptions Under Bankruptcy Rules 4003, 4004 and 4007, if the debtor(s) is an individual, 30 days after the above date set for the meeting of creditors is the last day to file an objection to the claims of property claimed as exempt and 60 days after such date is the last day to file a complaint objecting to discharge under 11 U.S.C. § 727(a) or a complaint to determine the dischargeability of a debt under 11 U.S.C. § 523(c). If no complaint objecting to discharge is filed timely, the debtor(s) will be granted a discharge. If no complaint to determinate the dischargeability of a debt under clause (2), (4) or (6) of 11 U.S.C. § 523(a) is filed timely, the debt may be discharged.

**2. Proofs of Claim:** Under Bankruptcy Rules 1019(6) and 3002(c), 90 days after the above date set for the meeting of creditors is the last day to timely file a proof of claim in this chapter 7 case. A proof of claim form is provided on the reverse side of this order and notice.

**3. Notice:** The clerk shall provide notice of this order on the debtor(s), the trustee, the United States Trustee, and all entities listed in the schedule of unpaid debts filed by the debtor(s) (or trustee).

Dated: 12/16/09

Robert J Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on December 16, 2009
Lori Vosejpka Clerk, United States Bankruptcy Court
By: maryd Deputy Clerk

**mnbonpdc**04/25/2005 – pb