In re _STEVE TUPY TIRE SERVICE, INC_ ,                    Case No. _09-33680_

**Debtor(s)**                                                             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No:<br>Creditor # : 1<br>B&T AUTOMOTIVE<br>1401 E MAIN ST<br>New Prague MN 56071 | | PARTS AND SUPPLIES | | | | $ 1,858.25 |
| Account No:<br>Creditor # : 2<br>CARLSON TRACTOR & EQUIPMENT<br>15125 ROBERT TRAIL S<br>Rosemount MN 55068 | | PARTS | | | | $ 238.82 |
| Account No:   5046<br>Creditor # : 3<br>CHASE CARD SERVICES<br>PO BOX 15298<br>Wilmington DE 19850-5291 | | CREDIT CARD | | | | $ 17,453.00 |
| Account No:<br>Creditor # : 4<br>COUNTYLINE AGGREGATES<br>3460 HAZELWOOD AVE<br>Webster MN 55088 | | TIRES | | | | $ 13,664.00 |

_2_ continuation sheets attached

Subtotal $        $ 33,214.07

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _STEVE TUPY TIRE SERVICE, INC_____ ,   Case No. _09-33680_____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 5 GREG JOHNSON 20199 490TH ST Pine Island MN 55963 | | TIRES | | | | $ 8,839.50 |
| Account No: Creditor # : 6 LANO EQUIPMENT, INC 3021 W. 133 ST3 Savage MN 55378 | | RENTAL | | | | $ 7,542.00 |
| Account No: Creditor # : 7 MARVIN KEISER 23646 CABLE AVE Winsted MN 55395 | | TIRES | | | | $ 4,287.73 |
| Account No: Creditor # : 8 NORTHERN PLAINS TRACK 747 1/2 S. MAIN ST. Warren MN 56762 | | TIRE TRACKS | | | | $ 11,432.50 |
| Account No: Creditor # : 9 NTS TIRE SUPPLY, LLC 625 WEST BRIDGE ST Redwood Falls MN 56283 | | TIRE SUPPLY | | | | $ 21,481.00 |
| Account No: Creditor # : 10 PAT BROWN 26698 DALTON AVE Faribault MN 55021 | | TIRES | | | | $ 10,000.00 |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 63,582.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _STEVE TUPY TIRE SERVICE, INC_ ,                    Case No. _09-33680_
              **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    41 Creditor # : 11 PENNLEASE, INC 13401 PENN AVE S Burnsville MN 55337 | | | LEASE AGREEMENT (SECURED BY 2004 INFINITI) | | | | $ 16,995.00 |
| Account No: Creditor # : 12 RICE COUNTY LANDFILL 3800 E 145TH ST Dundas MN 55019 | | | TIRES | | | | $ 17,186.37 |
| Account No: Creditor # : 13 SIWEK LUMBER 350 VALLEY VIEW DR E Jordan MN 55352 | | | SUPPLIES | | | | $ 426.99 |
| Account No:    9313 Creditor # : 14 TRITON TIRE AND BATTERY, LLC 1300 CORPORATE CENTER CURVE Saint Paul MN 55121 | | | TIRE REPAIRS/SERVICE | | | | $ 7,237.00 |
| Account No: Creditor # : 15 WINGFOOT COMMERCIAL TIRE SYSTE 3815 NICOLS RD Saint Paul MN 55122 | | | TIRES | | | | $ 18,527.20 |
| Account No: | | | | | | | |

Sheet No.    2  of    2  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 60,372.56

Total $    $ 157,169.36

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**SUPPLEMENTARY MATRIX**

B&T AUTOMOTIVE
1401 E MAIN ST
NEW PRAGUE, MN  56071

CARLSON TRACTOR & EQUIPMENT
15125 ROBERT TRAIL S
ROSEMOUNT, MN  55068

COUNTYLINE AGGREGATES
3460 HAZELWOOD AVE
WEBSTER, MN  55088

GREG JOHNSON
20199 490TH ST
PINE ISLAND, MN  55963

LANO EQUIPMENT, INC
3021 W. 133 ST3
SAVAGE, MN  55378

MARVIN KEISER
23646 CABLE AVE
WINSTED, MN  55395

NORTHERN PLAINS TRACK
747 1/2 S. MAIN ST.
WARREN, MN  56762

PAT BROWN
26698 DALTON AVE
FARIBAULT, MN  55021

RICE COUNTY LANDFILL
3800 E 145TH ST
DUNDAS, MN  55019

SIWEK LUMBER
350 VALLEY VIEW DR E
JORDAN, MN  55352

WINGFOOT COMMERCIAL TIRE SYSTE
3815 NICOLS RD
SAINT PAUL, MN  55122

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

<u>SIGNATURE DECLARATION</u>

Steve Tupy Tire Service, Inc.

Debtor(s).

Case No.  09-33680

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
<u>X</u> AMENDMENT TO PETITION, SCHEDULE & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
___ OTHER (Please describe) _____

I, Steven D. Tupy, the undersigned debtor(s) or authorized representative of the debtor,
*make the following declarations under penalty of perjury:*

- that the information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: __1/2/10__

X_____
Signature of Debtor or Authorized Individual

X_____
Signature of Joint Debtor

Steven D. Tupy
_____
Printed Name of Debtor or Authorized Individual

*STEVEN D TUPY*
_____
Printed Name of Joint Debtor

## UNSWORN CERTIFICATE OF SERVICE

I, Bethany Imdieke, declare under penalty of perjury that on January 22, 2010, I mailed copies of the foregoing Amended Schedule F by first class mail postage prepaid to each entity named below at the address stated below for each entity:

Steve Tupy Tire Service
PO Box 308
New Prague, MN 56071

By CM/ECF:

Kendall L. Bader
Kenneth Corey-Edstrom
Michael Fadlovich
Richard A. Glassman
Mary Jo A. Jensen-Carter
Mary Kay Mages
Ryan Murphey
Andrew J. Steil
William M. Topka
US Trustee


Executed on:  January 22, 2010          /e/ Bethany Imdieke